**Muzio B. ROBERTO; Mary K. Roberto, Plaintiffs–Appellants,**

v.

**Rosalyn BELL, Circuit Court Judge, Montgomery County, Maryland; Vincent Ferretti, Circuit Court Judge, Montgomery County, Maryland; Ann Harrington, Circuit Court Judge, Montgomery County, Maryland; Paul Weinstein, Circuit Court Judge, Montgomery County, Maryland; Louise Scrivner, Circuit Court Judge, Montgomery County, Maryland, Defendants–Appellees.**

No. 01–2034.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 4, 2002.

§ 636(c) (West Supp.2001).

Muzio B. Roberto, Mary K. Roberto, Appellants Pro Se.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Muzio B. Roberto and Mary K. Roberto appeal from the district court's order denying their motion to reconsider a prior order dismissing their civil action against several Maryland state court judges. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Roberto v. Bell,* No. CA–00–1438–AW (D.Md. July 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*